UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARILYN R. FOSTER, | ) |
|     *Plaintiff*, | ) Case No. 3:19-cv-24 |
| v. | ) Judge Atchley |
| JONATHAN WILLIAM HAFNER, M.D., and EAST TENNESSEE EAR, NOSE & THROAT SPECIALISTS, P.C., | ) Magistrate Judge McCook |
|     *Defendants*. | ) |

## VERDICT FORM

*We, the jury, unanimously answer the following questions.*

QUESTION 1: Has Plaintiff Marilyn Foster established by a preponderance of the evidence that Defendant Dr. Jonathan Hafner was negligent by violating the applicable standard of care in his treatment of Ms. Foster?

_____YES      ✓ NO

*If Yes, continue to Question 2. If No, please have your foreperson sign and date the verdict form and tell Ms. Laster that you have reached a verdict.*

QUESTION 2: Has Plaintiff Marilyn Foster established by a preponderance of the evidence that Dr. Hafner's violation of the standard of care was a cause in fact and legal cause of any injury to Ms. Foster?

_____YES      _____NO

*If Yes, continue to Question 3. If No, please have your foreperson sign and date the verdict form and tell Ms. Laster that you have reached a verdict.*

QUESTION 3: Determine the compensatory damages, if any, within the following categories:

a. Medical Expenses $ _____

b. Pain and Suffering $ _____

c. Permanent Injury $ _____

d. Loss of Enjoyment of Life $ _____

**TOTAL LIABILITY OF DEFENDANTS JONATHAN WILLIAM HAFNER, M.D., AND EAST TENNESSEE EAR, NOSE, AND THROAT SPECIALTIES, P.C. (this must equal the total, if any, of 3a, 3b, 3c, and 3d):**

$ _____

*Please have your foreperson sign and date this Verdict Form and tell Ms. Laster you have reached a Verdict.*

_____ April 5, 2022
Foreperson's Signature          Date