# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Marilyn Foster <br> *Plaintiff* <br> v. <br> Dr. Jonathan Hafner, et al <br> *Defendant* | ) ) ) ) ) Civil Action No. 3:19-cv-24 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Dr. Jonathan Hafner, East TN ENT Specialties PC recover costs from the plaintiff *(name)* Marilyn Foster.

☐ other:
_____.

This action was *(check one)*:

☑ tried by a jury with Judge Charles E. Atchley, Jr. presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 4/6/2022

*CLERK OF COURT*

*[signature]*

*Signature of Clerk or Deputy Clerk*